E-FILED
Tuesday, 17 September, 2024  09:35:57 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

SEP 16 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Matthew James Gunderson, )
)
               Plaintiff )
)
   vs. )
)
1.) Dr. Moats, FCI Pekin (Medical) )
2.) Dr. Lee-Ho, FCI Pekin (Medical) )
3.) PA Smith, FCI Pekin (Medical) )
4.) HSA Brown, FCI Pekin (Medical) )
5.) CMC Sion, FCI Pekin (Re-Entry) )
6.) CMC Terrell, FCI Pekin (Re-Entry) )
7.) Counselor Young, FCI Pekin (Missouri Unit team) )
8.) Case Mgr Haynes, FCI Pekin (Missouri Unit team) )
   Continued on seperate sheet (9-13) )
            Defendant(s) )

Case No. _____
(*The case number will be assigned by the clerk*)

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☐  42 U.S.C. §1983 (state, county or municipal defendants)

☒  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

### I. FEDERAL JURISDICTION

*****Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Additional Defendants

9.) C/O Rhodes        FCI Pekin    (Psychology)
10.) C/O Gomory       FCI Pekin    (Psychology)
11.) AW(P) McDowell    FCI Pekin    (EXEC. Staff)
12.) Warden Bennett    FCI Pekin    (EXEC Staff)
13.) Warden Walters    FCI Pekin    (EXEC Staff)

** Defendants Moats, Lee-Ho, Sion and Bennett are no longer employed at FCI Pekin and I do not have the ability to research their exact work address. While I am incarcerated I do not have access to that type of information.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Matthew James Gunderson

Prison Identification Number: 22075-041

Current address: Federal Correctional Institution, Po Box 5000 Pekin, IL, 61555

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: C/O Moats

Current Job Title: Doctor (Last Known)

Current Work Address Unknown (Last known was FCI Pekin, 2600 S. 2nd St, Pekin, IL 61554)

Defendant #2:

Full Name: C/O Lee-Ho

Current Job Title: Doctor (Last known)

Current Work Address Unknown (Last known was FCI Pekin, 2600 S. 2nd St, Pekin, IL 61554)

Defendant #3:

Full Name: C/O Smith

Current Job Title: Physicians Assistant

2

Current Work Address FCI Pekin, 2600 S. 2nd St Pekin, IL, 61554

**Defendant #4:**

Full Name: C/O Brown

Current Job Title: Health Services Admin.

Current Work Address FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

**Defendant #5:**

Full Name: C/O Sion

Current Job Title: CMC (Last Known)

Current Work Address Unknown (Last Known; FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554)

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

II.    Additional Parties (6-13)

* Defendant 6
    Full Name: C/O Terell
    Current Job Title: CMC (Re-Entry)
    Current Work address: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

* Defendant 7
    Full Name: C/O Young
    Current Job Title: Cansilor (Missouri Unit Team)
    Current Work address: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

* Defendant 8
    Full Name: C/O Haynes
    Current Job Title: Case Manager (Missouri Unit Team)
    Current Work Address: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

* Defendant 9
    Full Name: C/O Rhodes
    Current Job Title: Psychology
    Current Work Address: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

* Defendant 10
    Full Name: C/O Gomory
    Current Job Title: Psychology
    Current Work Address: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

* Defendant 11
    Full Name: Associate Warden McDowell
    Current Job Title: Associate Warden of Programs
    Current Work Address: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

* Defendant 12
    Full Name: Warden Bennett
    Current Job Title: Unknown (Last Known: Warden of FCI Pekin)
    Current Work Address: Unknown (Last Known: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554)

* Defendant 13
    Full Name: Warden Walters
    Current Job Title: Warden of FCI Pekin
    Current Work Address: FCI Pekin, 2600 S. 2nd St, Pekin, IL, 61554

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

  Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___FcI Pekin, (Pekin, IL)___

4

Date(s) of the occurrence <u>December 15, 2023 - August 27, 2024 (257 days)</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1.) Defendant Moat's deliberate indifference to my perscribed medical care led to pain, suffering (mental anguish) and continued medical problems.

2.) Defendant Lee-Ho's deliberate indifference to my perscribed medical care led to pain, suffering (mental anguish) and continued medical problems.

3.) Defendant Smith's deliberate indifference to my perscribed medical care led to pain, suffering (mental anguish) and continued medical problems.

4.) Defendant Brown's deliberate indifference to my perscribed medical care led to pain, suffering (mental anguish) and continued medical problems.

5.) Defendant Sion's deliberate indifference to my perscribed medical care led to pain, suffering (mental anguish) and continued medical problems.

6.) Defendant Terrell's deliberate indifference to my perscribed medical care led to pain, suffering (mental anguish) and continued medical problems.

7.) Defendant Young's deliberate indifference to my perscribed medical care led to pain, suffering (mental anguish) and continued medical problems.

5

8.) Defendant Haynes' deliberate indifference to my prescribed medical care led to pain, suffering (mental anguish) and continued medical problems.

9.) Defendant Rhodes' deliberate indifference to my prescribed medical care led to pain, suffering (mental anguish) and continued medical problems.

10.) Defendant Gomory's deliberate indifference to my prescribed medical care led to pain, suffering (mental anguish) and continued medical problems.

11.) Defendant McDowell's deliberate indifference to my prescribed medical care led to pain, suffering (mental anguish) and continued medical problems.

12.) Defendant Bennett's deliberate indifference to my prescribed medical care led to pain, suffering (mental anguish) and continued medical problems.

13.) Defendant Walters's deliberate indifference to my prescribed medical care led to pain, suffering (mental anguish) and continued medical problems.

The two hundred fifty-seven days of deliberate indifference along with the pain, suffering (mental anguish) and continued medical problems stem from Staff's disregard for the mission statement of FCI Pekin. As a transgender inmate who is white, I suffered due to my race and gender identity. A similar inmate as far as medical prescription who is deemed as a "SOLID" based on prison politics is not treated this way. Discrimination based on race and gender identity is rampant at FCI Pekin and I finally am bringing it to light to hold staff accountable for their mishandling of prescribed medical treatments that are a matter of life and death.

6

**RELIEF REQUESTED**

(State what relief you want from the court.)

I am requesting the court grant me the following:

7

1.) Re payment of Court Filing Fees
2.) One million dollars or one dollar less than the maximum insured amount for each defendant listed on this case.
3.) Additional certified training for all defendants on how to interact with inmates who are LGBTQIA+.
4.) Written letter of appoligy and acceptance of responsibility from each defendant.

JURY DEMAND        Yes ☒        No ☐

Signed this ____8th____ day of __September__, 20 24 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Matthew James Gunderson | 22075-041 |
| Address: FEDERAL CORRECTIONAL INSTITUTION PO Box 5000 Pekin, IL, 61555 | Telephone Number: NIA |

8



LEGAL MAIL

LEGAL MAIL