E-FILED
Friday, 25 April, 2025  11:12:02 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

FEB 1 3 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Matthew J. Gunderson,                    )
                                         )
              Plaintiff                  )
                                         )
          vs.                            )          Case No. ___24-1329___
                                         )       (The case number will be assigned by the clerk)
Dr. Scott Moats                          )
Officer Young (Missouri 1 Unit Team)     )
_____                 )
_____                 )
_____                 )
_____                 )
_____                 )
_____  ,              )
                                         )
           Defendant(s)                  )

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.

☐  42 U.S.C. §1983 (state, county or municipal defendants)

☒  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Matthew James Gunderson

Prison Identification Number: 22075-041

Current address: FCI Marion, 4500 Prison Rd, Po Box 1000, Marion, IL, 62959

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Dr. Scott Moats

Current Job Title: Unknown (Former Clinical Director at FCI Pekin)

Current Work Address Unknown (Last known FCI Pekin) (Pekin, IL, 61555)

Defendant #2:

Full Name: Young (First name unknown)

Current Job Title: Last known (Missouri 1 Unit Counselor)

Current Work Address Last known (FCI Pekin, Pekin, IL 61555

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

　　Full Name: _____

　　Current Job Title: _____

　　Current Work Address _____

_____

Defendant #5:

　　Full Name: _____

　　Current Job Title: _____

　　Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?　　　　Yes ☐　　　　　No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐　　　　No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1.  Name of Case, Court and Docket Number

_____

2.  Basic claim made _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☒    No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒    No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?    Yes ☒    No ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence FCI Pekin, Pekin, Illinois

4

Date(s) of the occurrence December 15th 2023 - August 27th, 2024

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

① Dr. Scott Maats, who at the time was my doctor and Clinical Director at FCI Pekin, perscribed the use of a C-PaP Machine for my Sleep Apnea condition. When I raised the issue with him that I was being denied access to a cell with the proper electrical service for my perscribed machine he refused to follow up with Counselor Young citing that it's not his job to intervene in housing matters. For ~~████~~ 257 days I had to suffer without the medical care he perscribed for me. This deliberate disregard left me to live in fear that I would stop breathing during my sleep and risk severe harm to my health.

② On december 15th 2023 I presented Counselor Young with my medical duty sheet signifying that I had a perscribed medical need for a CPAP Machine. From that day forward for 257 days I was denied access to electrical service to be able to use my machine. Being a white sex offender and also a transgender inmate, Counselor young discriminated against me due to my race and gender identity. This deliberate disregard for my care remained until I made a

5

plea to Nurse Moore at FCI Pekin medical sick call and she did what Dr. Moats refused to do. She pushed for my access to electrical service and it was granted on August 27th, 2024.

**RELIEF REQUESTED**

(State what relief you want from the court.)

I am requesting that the court grant me

monetary damages due to the deliberate indifference by both Dr. Monts and Counselor Young. Their actions made me live in fear for my life for 257 days. Damages in the amount of $150,000 dollars per defendant equates to the harm I have suffered at their hands. The total I ask that the Court grant me is $300,000 dollars (Three hundred thousand dollars). You can't put a price on life but the measure of pain and discrimination can be defined, based on the actions of the defendants.

JURY DEMAND        Yes ☒        No ☐

Signed this __10Th__ day of __Febuary__ , 20 2 5 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: Matthew Gunderson | Inmate Identification Number: 22075-041 |
|---|---|
| Address: FCI Marion 4500 Prison Rd/P. Box 1000 Marion, IL, 62959 | Telephone Number: N/A |

8



*Legal Mail*

⟷22075-041⟷
Clerk Of The Court
Federal Building
100 NE Monroe ST
Room 309
Peoria, IL 61602
United States

Matthew Gunderson # 22075-041
FCI Marion
4500 Prison Rd
P.O. Box 1000
Marion, IL, 62959

*Legal Mail*